Nathaniel L. Dilger (Bar No. 196203)
email: ndilger@onellp.com
Peter R. Afrasiabi (Bar No. 193336)
email: pafrasiabi@onellp.com
George B. Tihin (Bar No. 259629)
email: gtihin@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
West Tower, Suite 1100
Newport Beach, California 92660
Telephone:  (949) 502-2870
Facsimile:  (949) 258-5081

Attorneys for Plaintiff,
Network Signatures, Inc.

JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| NETWORK SIGNATURES, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>HARLEY-DAVIDSON, INC., a Delaware corporation,<br><br>  Defendant. | Case No. SACV09-01334 JVS (RNBx)<br><br>**ORDER RE: DISMISSAL** |

IT IS SO ORDERED:

All claims or causes of action asserted in this suit between Plaintiff, Network Signatures, Inc. and Defendant, Harley-Davidson, Inc., are hereby dismissed with prejudice.

It is further ordered that all attorneys' fees and costs are to be borne by the party that incurred them.

Dated: October 07, 2010

_____
Hon. James V. Selna
United States District Judge